In re M.L. Born 2/6/95,

Petition of K.L., Natural Mother.

Supreme Court of Pennsylvania.

March 26, 1999.

Louis J. Kober II, Greensburg, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 26 th day of March 1999, the Petition for Allowance of Appeal is GRANTED, limited to the following issue:

Whether a court may properly adjudge a child to be dependent when his non-custodial parent is ready, willing, and able to provide the child with proper parental care and control.